IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**RILUS BUXTON**<br>**a/k/a ROBERT BUXTON,**<br><br>Supervised Releasee | **NO. 1: 04-CR-40 (WLS)**<br><br>RE:  SUPERVISED RELEASE VIOLATIONS |

# O R D E R

**RILUS BUXTON a/k/a ROBERT BUXTON**, a SUPERVISED RELEASEE in the above-styled criminal proceeding, this day appeared before the undersigned with counsel for a hearing under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure. Said SUPERVISED RELEASEE was ordered removed to this district from the Northern District of Ohio where he waived his right to a Preliminary Hearing and where all proceedings save consideration of release from custody were considered and disposed of.

Upon consideration of the government's request for the detention of the SUPERVISED RELEASEE pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case.  Mr. Buxton is alleged to have violated his supervised release by committing new felony offenses in both Ohio and North Carolina.

Accordingly, IT IS ORDERED AND DIRECTED that **RILUS BUXTON a/k/a ROBERT BUXTON** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said SUPERVISED RELEASEE shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility wherein he is confined shall deliver him to the United States

Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the Honorable W. Louis Sands, district judge, for a **FINAL HEARING** as directed by Judge Sands.  The Clerk of Court is directed to forward this order and the within file to Judge Royal for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 5th day of FEBRUARY, 2010.



*Claude W. Hicks, Jr.*

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE